1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL VINES,

11            Plaintiff,                    No. 2:12-cv-2115 CKD PS

12        vs.

13   CAROLYN W. COLVIN,
     Acting Commissioner of Social Security,
14            Defendant.                    ORDER

15   _____/

16            Plaintiff did not timely file a motion for summary judgment.  An order to show

17   cause accordingly issued directing plaintiff to show cause why the action should not be dismissed

18   for lack of prosecution.  Plaintiff has responded to the order to show cause and explains that he

19   has been seeking assistance of counsel.  Plaintiff also requests an extension of time to file the

20   motion for summary judgment.

21            Good cause appearing, IT IS HEREBY ORDERED that:

22            1. The order to show cause (dkt. no. 13) is discharged.

23   /////

24   /////

25   /////

26   /////

1

1          2.  Plaintiff is granted an extension of time to April 1, 2013 to file a motion for

2   summary judgment.  No further extensions will be granted to plaintiff.  Failure to file the motion

3   for summary judgment shall result in a recommendation that this action be dismissed.

4    Dated: March 14, 2013

5    _____
                              CAROLYN K. DELANEY
6                              UNITED STATES MAGISTRATE JUDGE

7

8   4 vines2115.ss.oscdis

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26