IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL VINES,

    Plaintiff,                    No. 2:12-cv-2115 CKD PS

    vs.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,
    Defendant.                  ORDER

_____/

        Plaintiff did not timely file a motion for summary judgment. An order to show cause accordingly issued directing plaintiff to show cause why the action should not be dismissed for lack of prosecution. Plaintiff has responded to the order to show cause and explains that he has been seeking assistance of counsel. Plaintiff also requests an extension of time to file the motion for summary judgment.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The order to show cause (dkt. no. 13) is discharged.

/////

/////

/////

/////

2. Plaintiff is granted an extension of time to April 1, 2013 to file a motion for summary judgment. No further extensions will be granted to plaintiff. Failure to file the motion for summary judgment shall result in a recommendation that this action be dismissed.

Dated: March 14, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 vines2115.ss.oscdis