IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL VINES,

    Plaintiff,                      No. 2:12-cv-2115 CKD PS

    vs.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,
    Defendant.                      <u>ORDER</u>

/

        Plaintiff has requested dismissal of this action. Accordingly, IT IS HEREBY ORDERED that:

        1. This action is dismissed.

        2. The Clerk of Court is directed to close this action.

Dated: April 3, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 vines2115.dis