IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL VINES,

          Plaintiff,                    No. 2:12-cv-2115 CKD PS

      vs.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,
          Defendant.              ORDER

_____/

        Plaintiff has requested dismissal of this action.  Accordingly, IT IS HEREBY

ORDERED that:

           1.  This action is dismissed.

           2.  The Clerk of Court is directed to close this action.

Dated: April 3, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 vines2115.dis

1